**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Wesley J. Smith, Esq. (11871)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
elj@cjmlv.com, wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees*
*of the Painters & Floorcoverers Joint Committee, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUPER STRUCTURES INC., a Nevada corporation dba SUPER STRUCTURES, *et al.*, <br><br> Defendants. | CASE NO.: 2:18-cv-01364-GMN-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** |

The Plaintiffs, Board of Trustees of the Painters and Floorcoverers Joint Committee, et al. ("Plaintiffs"), by and through their attorneys, Christensen James & Martin, Chtd., and Defendants, Super Structures Inc., Super Structures, Inc., Tracey Reynolds, Robert Reynolds, and Western National Mutual Insurance Company ("Defendants"), by and through their attorneys, Cook & Kelesis, Ltd., pursuant to the Local Rule 26-4, hereby stipulate and agree as follows:

1. <u>Discovery Completed</u>. Plaintiffs and Defendants provided each other with Rule 26(a) Initial Disclosures and exchanged initial and several written discovery requests (Interrogatories, Requests for Production, and Requests for Admission). Additionally, the Plaintiffs subpoenaed and received documents from the State of Nevada Department of

Employment, Training and Rehabilitation, Employment Security Division, which have been shared with the Defendants. Plaintiffs have taken the depositions of Tracey and Robert Reynolds. The Defendants have taken depositions of Tom Pfundstein, Christine Fabry, Robert Campbell, and Kirk Konys. The Plaintiffs have produced an initial computation of damages prepared by Berry & Co., CPAs, which specializes in payroll compliance reviews for ERISA trust funds, based on the payroll records produced by the Defendants.

2. <u>Discovery Remaining</u> – Defendants are currently preparing responses to Plaintiffs' Third Set of Requests for Production of Documents, which was served on March 27, 2019. Defendants have requested a one week extension to respond to these requests, which the Plaintiffs have granted. Plaintiffs may have follow up requests depending on the responses to the Requests for Production. Additionally, in response to prior requests for production, the Defendants offered to make certain records available for inspection that were too voluminous to copy and produce - i.e. project agreements, correspondence, and time cards. Plaintiffs and Defendants are working to schedule a time when those documents may be reviewed. Further, the Defendants intend to conduct a third party deposition of the person most knowledgeable for Glaziers Local 2001.

3. <u>Reasons Deadline Not Satisfied</u>. The Parties have been actively engaged in discovery through the discovery period. However, the nature of this case presents significant factual issues which must be pursued in order to effectively prosecute and defend the action. Certain of these issues were identified in depositions conducted after the Parties' Joint Interim Status Report. This has caused the Parties to be unable to complete the remaining discovery within the current deadline of May 17, 2019. However, the Parties believe that all remaining matters will be completed with a minimal thirty day extension.

4. <u>Proposed Schedule</u>. The current discovery cut-off is May 17, 2019. The Parties propose that this be extended thirty days to Monday, June 17, 2019.

[SIGNATURES ON NEXT PAGE]

Dated: April 26, 2019.

| CHRISTENSEN JAMES & MARTIN | COOK & KELESIS, LTD. |
|---|---|
| By: /s/ *Wesley J. Smith* | By: /s/ *Marc P. Cook* |
| Wesley J. Smith, Esq. | Marc P. Cook, Esq. |
| Nevada Bar No. 11871 | Nevada Bar No. 4574 |
| 7440 W. Sahara Avenue | 517 S. 9th St. |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: April 29, 2019

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: /s/ *Wesley J. Smith*
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*