MARC P. COOK
Nevada State Bar No. 004574
GEORGE P. KELESIS
Nevada State Bar No. 000069
COOK & KELESIS, LTD.
517 S. 9th Street
Las Vegas, Nevada 89101
Telephone:	702-737-7702
Facsimile:	702-737-7712
Email:	mcook@bckltd.com
*Attorneys for Defendants Super Structures Inc., dba Super Structures;*
*Super Structures, Inc., dba Super Structures;*
*Tracey Reynolds, Robert Reynolds*, *Western National Mutual Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR- MANAGEMENT COOPERATION INITIATIVE, <br><br>　　　　　Plaintiffs,<br>vs. | CASE NO.   2:18-CV-01364-GMN-GWF <br><br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE THEIR REPLIES TO RESPONSES IN OPPOSITION (ECF 51 AND 52) TO MOTIONS FOR SUMMARY JUDGMENT (ECF 44 AND 50)**<br><br>(FIRST REQUEST) |

| | |
|---|---|
| 1 | SUPER STRUCTURES INC., a Nevada corporation dba SUPER STRUCTURES; SUPER STRUCTURES, INC., a Nevada corporation dba SUPER STRUCTURES; TRACEY REYNOLDS, an individual; ROBERT REYNOLDS, an individual; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota coporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, |
| | Defendants. |

Defendants', Super Structures, et al, and Plaintiffs' Board of Trustees of the Painters and Floorcoverers Joint Committee, et al., so hereby stipulate and agree to extend the time set for filing their Replies to Responses in Opposition (ECF 51 and 52) to Motions for Summary Judgment (ECF 44 and 50) for one (1) week up to and including October 28, 2019.

It is therefore respectfully requested by and between the parties that this Court order a one (1) week extension up to and including October 28, 2019, in which the parties may file their Replies to Responses in Opposition (ECF 51 and 52) to Motions for Summary Judgment (ECF 44 and 50) .

Respectfully submitted this ___ day of October, 2019.

| COOK & KELESIS, LTD. | CHRISTENSEN JAMES & MARTIN, CHTD |
|---|---|
| /s/ Marc P. Cook, Esq. | /s/ Wesley J. Smith, Esq. |
| MARC P. COOK, ESQ. | WESLEY J. SMITH, Esq. |
| Nevada Bar No. 004574 | Nevada Bar No. 011871 |
| 517 South 9th Street | 7440 West Sahara Avenue |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89117 |
| | *Attorneys for Plaintiffs Board of Trustees* |
| *Counsel for Defendants* | *of the Painters & Floorcovers Joint Committee. et al.* |

**IT IS SO ORDERED.**

Dated this __21__ day of October, 2019.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT