1  MARC P. COOK
   State Bar No. 004574
2  GEORGE P. KELESIS
   State Bar No. 000069
3  COOK & KELESIS, LTD.
   517 S. Ninth Street
4  Las Vegas, Nevada 89101
   Telephone: 702-737-7702
5  Facsimile: 702-737-7712
   Email: mcook@bckltd.com
6  *Attorneys for Defendants Super Structures Inc., dba Super Structures;*
   *Super Structures, Inc.,dba Super Structures; Tracey Reynolds,*
7  *Robert Reynolds, Western National Mutual Insurance Company*

8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10

11 | BOARD OF TRUSTEES OF THE            CASE NO.    2:18-CV-01364-GMN-EJY
   | PAINTERS AND FLOORCOVERERS
12 | JOINT COMMITTEE; *et al.*,
   |
13 |           Plaintiffs,               **JOINT MOTION TO EXTEND**
   |    vs.                              **DEADLINES TO FILE OPPOSITION**
14 |                                     **& REPLY TO MOTION TO**
   | SUPER STRUCTURES INC., a Nevada     **RECONSIDER, REPLY TO**
15 | corporation dba SUPER STRUCTURES;   **OPPOSITION TO ATTORNEY'S**
   | SUPER STRUCTURES, INC., *et al.*,   **FEES MOTION AND JOINT PRE-**
16 |                                     **TRIAL ORDER**
   |           Defendants.
17 |                                     **(THIRD REQUEST)**

18

19
        COMES NOW, Defendants Super Structures, Inc. and Super Structures Inc. ("Super
20
   Structures") by and through their counsel of record, Marc P. Cook, Esq., of the law firm of Cook &
21
   Kelesis, Ltd., and Plaintiffs Board of Trustees of the Painters and Floor Coverers Joint Committee,
22
   et al. ("Plaintiffs"), by and through their counsel of record, Christensen James & Martin, Chtd. and
23
   pursuant to LR IA 6.1, hereby jointly move and request this Court to extend several deadlines as
24
   follows.
25
                              **POINTS AND AUTHORITIES**
26
        On November 30, 2020, this Court entered its Order (ECF No. 62) granting Plaintiffs'
27
   Motion for Summary Judgment against Defendants Super Structures, denying Defendants' Motion
28
   for Summary Judgment, denying as moot Plaintiffs' Motion to Strike and denying as moot
   Defendants' Motion for Leave to File Excess Pages ("Summary Judgment Order"). The Summary

Judgment Order set deadlines for the filing of a Status Report and a Joint Pretrial Order. On December 14, 2020, Plaintiffs filed a Motion for Award of Attorney's Fees and Costs Against Judgment Debtors Super Structures, Inc. and Super Structures Inc. (ECF No. 63) ("Attorney's Fees Motion") based on this Court's Summary Judgment Order. Defendants have filed their Motion to Reconsider this Court's Summary Judgment Order (ECF No. 72) and their Opposition to Plaintiff's Motion for Award of Attorney's Fees and Costs (ECF No. 71) on January 26, 2021. The parties request that this Court extend the deadlines for thirty (30) days on the reply to opposition to the Attorney's Fees Motion, the opposition and reply to the Motion to Reconsider this Court's Order and for the filing of the Joint Pretrial Order. The Status Report has already been submitted by Plaintiffs on January 11, 2021 (ECF No. 68). Good cause exists to extend the time because Plaintiffs' and Defendants' attorneys are efforting to discuss possible resolutions. The requested extension will provide the parties with more opportunity to prepare and submit their pleadings. This is the third stipulation to extend the time by which the parties must file or answer the respective pleadings.

This will affect the schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Opposition to Motion to Reconsider | February 8, 2021 | March 8, 2021 |
| Reply to Opposition to Motion to Reconsider | February 15, 2021 | March 15, 2021 |
| Reply to Opposition to Attorney's Fees Motion | February 1, 2021 | March 1, 2021 |
| Joint Pretrial Order | January 27, 2021 | March 1, 2021 |

This request for an extension of time is not sought for any improper purpose or other purpose of delay.

The parties respectfully submit that the reasons set forth above constitute good cause for the

/ / /

/ / /

/ / /

1 | extension and deadlines requested above.

2 | **IT IS SO STIPULATED.**

3 | DATED this 27th day of January, 2021.

4 | COOK & KELESIS, LTD.                                   CHRISTENSEN JAMES & MARTIN

By: ___*/s/ Marc P. Cook*___                              By: ___*/s/ Wesley J. Smith*___
Marc P. Cook, Esq.                                        Wesley J. Smith, Esq.
Nevada Bar No. 4574                                       Nevada Bar No. 11871
517 S. Ninth Street                                       7440 W. Sahara Avenue
Las Vegas, Nevada 89101                                   Las Vegas, Nevada 89117
*Attorneys for Defendants*                                *Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: January 27, 2021

Submitted by:

COOK & KELESIS, LTD.

By: ___*/s/ Marc P. Cook*___
Marc P. Cook, Esq.
*Attorneys for Defendants*