**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Wesley J. Smith, Esq. (11871)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
elj@cjmlv.com, wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees*
*of the Painters & Floorcoverers Joint Committee, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>SUPER STRUCTURES INC., a Nevada corporation dba SUPER STRUCTURES, *et al.*,<br><br>          Defendants. | CASE NO.: 2:18-cv-01364-GMN-EJY<br><br>**JOINT MOTION FOR SETTLEMENT CONFERENCE AND TO EXTEND DEADLINES TO FILE JOINT PRE-TRIAL ORDER (FOURTH REQUEST)**<br><br>Date: N/A<br>Time: N/A |

Plaintiffs ("Plaintiffs" or "Trusts"), by and through their attorneys, Christensen James & Martin, Chtd., and Defendants, Super Structures Inc., Super Structures, Inc., Tracey Reynolds, Robert Reynolds, and Western National Mutual Insurance Company ("Defendants"), by and through their attorneys, Cook & Kelesis, Ltd., pursuant to LR IA 6-1 and LR 16-5, hereby jointly move and request this Court's Order:

    1) Continuing the deadline for submission of the Joint Pretrial Order; and

    2) Setting a formal Settlement Conference with a United States Magistrate Judge.

This is the Parties' fourth request for extension of the deadline for the Joint Pretrial Order.

## POINTS AND AUTHORITIES

On November 30, 2020, this Court entered its Order [ECF No. 62] granting Plaintiffs' Motion for Summary Judgment against Defendants Super Structures, denying Defendants' Motion for Summary Judgment, denying as moot Plaintiffs' Motion to Strike, and denying as moot Defendants' Motion for Leave to File Excess Pages ("Summary Judgment Order"). The

*(left margin, vertical text)* CHRISTENSEN JAMES & MARTIN   7440 WEST SAHARA AVE. LAS VEGAS, NEVADA 89117   PH: (702) 255-1718 § FAX: (702) 255-0871

Summary Judgment Order set deadlines for the filing of a Status Report and Joint Pretrial Order, which were extended by stipulation and Court Orders dated December 22, 2020 (First Request) [ECF No. 66], January 20, 2021 (Second Request) [ECF No. 70], and January 28, 2021 (Third Request) [ECF No. 74].

On December 14, 2020, Plaintiffs filed a Motion for Award of Attorney's Fees and Costs Against Judgment Debtors Super Structures, Inc. and Super Structures Inc. [ECF No. 63] ("Attorney's Fees Motion") based on this Court's Summary Judgment Order. Defendants filed an Opposition [ECF No. 71] to the Attorney's Fees Motion on January 26, 2021. Plaintiffs file a Reply [ECF No. 76] in Support of the Attorney's Fees Motion on February 26, 2021. The Attorney's Fee Motion has now been fully briefed and is ripe for the Court's decision.

On January 11, 2021, Plaintiffs filed the Status Report [ECF No. 68] detailing their remaining claims in this Case.

On January 26, 2021, Defendants filed a Motion for Reconsideration [ECF No. 72] of this Court's Summary Judgment Order. Plaintiffs filed an Opposition [ECF No. 75] to the Motion for Reconsideration on February 26, 2021. Defendants' Reply brief in Support of the Motion for Reconsideration is due March 15, 2021. The Parties do not seek an extension of this deadline. Once Defendants' Reply is filed, the Motion for Reconsideration will be fully briefed and ripe for the Court's decision.

As previously reported, in addition to briefing on the Attorney's Fee Motion and the Motion for Reconsideration, the Parties have been attempting to reach settlement. While the Parties have made substantial progress toward that goal, the Parties agree that further settlement would be greatly assisted by a mandatory Settlement Conference with a United States Magistrate Judge. The Parties also agree that the Court should proceed with decision on both the Attorney's Fee Motion and the Motion for Reconsideration in the ordinary course and not be delayed by any Settlement Conference.

The current deadline for the Joint Pretrial Order is March 1, 2021 [ECF No. 74]. Good cause exists to continue the deadline for the Joint Pretrial Order because there is a Motion for

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-2-

**CHRISTENSEN JAMES & MARTIN**
7440 WEST SAHARA AVE. LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1  Reconsideration pending that may impact the remaining claims in this Case and the Parties

2  have requested a Settlement Conference. Further, continuing the deadline will allow the Parties

3  to focus their efforts on settlement without the need to prepare for trial. As stated above, this is

4  the Parties' fourth request to continue the deadline for submission of the Joint Pretrial Order.

5  This request is not sought for any improper purpose or other purpose of delay. The Parties

6  respectfully submit that the reasons set forth above constitute good cause for the matters

7  requested above.

8       Therefore, the Parties respectfully request that the Court issue an Order requiring the

9  Parties to attend a mandatory Settlement Conference with a United States Magistrate Judge to

10  be scheduled at the Court's earliest convenience. The Parties also request that the Court

11  proceed with decision of the pending Motions in the ordinary course. Further, the Parties

12  request that the deadline for submission of the Joint Pretrial Order be continued until thirty (30)

13  days after completion of the Settlement Conference if the case does not settle.

14   Dated this 1st day of March 2021.

15

16  Submitted & Approved by:          Approved by:
   CHRISTENSEN JAMES & MARTIN, CHTD.    COOK & KELESIS, LTD.
   By: /s/ Wesley J. Smith          By: /s/ Marc P. Cook

17  Wesley J. Smith, NV Bar #11871     Marc P. Cook, NV Bar #4574
   7440 W. Sahara Avenue          517 S. 9th St.

18  Las Vegas, Nevada 89117         Las Vegas, NV 89101
   *Attorneys for Plaintiffs Board of Trustees*   *Attorneys for Defendants Super Structures*

19  *of the Painters & Floorcoverers Joint*    *Inc., et al.*
   *Committee, et al.*

20

21  **IT IS HEREBY ORDERED that the Joint**

22  **Motion for Settlement Conference (ECF No. 77) is GRANTED.**

23

24  **IT IS FURTHER ORDERED that the Court**

25  **will issue a separate order scheduling the settlement conference.**

26

27  _____
   **UNITED STATES MAGISTRATE JUDGE**

28  **Dated:  March 2, 2021**