MARC P. COOK
Nevada Bar No. 004574
GEORGE P. KELESIS
Nevada Bar No. 000069
COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, Nevada 89101
Telephone: 702-737-7702
Facsimile: 702-737-7712
Email: mcook@bckltd.com
*Attorneys for Defendants Super Structures Inc., dba Super Structures;*
*Super Structures, Inc.,dba Super Structures;*
*Tracey Reynolds, Robert Reynolds*, *Western National Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>SUPER STRUCTURES INC., a Nevada corporation dba SUPER STRUCTURES; SUPER STRUCTURES, INC., *et al.*,<br><br>Defendants. | CASE NO.    2:18-cv-01364-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (SIXTH REQUEST)** |

Defendants, by and through counsel of record, the law firm of Cook & Kelesis, Ltd. and Plaintiffs, by and through their counsel of record, Christensen James & Martin, Chtd., pursuant to LR IA 6-1 and LR 16-5, hereby jointly move and request this Court's order continuing the deadline for submission of the Joint Pretrial Order.  This is the Parties' sixth request for extension of the deadline for the Joint Pretrial Order.

A second Settlement Conference before Magistrate Judge Elayna J. Youchah was heard on July 20, 2021 and again concluded without settlement being reached.  The Joint Pretrial Order due thirty (30) days from completion of the Settlement Conference was subsequently set for August 19, 2021.

Due to Plaintiffs' counsel and Defendants' counsel's schedules conflicting with the August 19, 2021 due date and two motions (Doc. #63, Motion for Fees & Costs and Doc. #72, Motion for Reconsideration) pending that could have impacted the remaining claims in the case

*sub judice* and the content of the Joint Pretrial Order, it was not possible, and perhaps premature, depending on the outcomes of the pending Motions, to complete the Joint Pretrial Order by August 19. As such, the parties submitted, and the Court granted, an extension of the deadline for the Joint Pretrial order to September 20, 2021. (Doc. #88)

Settlement discussions have been ongoing since the last Settlement Conference in July and the Parties appear to have reached a tentative agreement at this time. Additional time is requested so that the details of the settlement can be finalized within the coming weeks. The Parties respectfully submit that the reasons set forth above constitute good cause for an extension of the deadline for the Joint Pretrial Order. As such, the Parties request an additional thirty (30) days to submit the Joint Pretrial Order, making the new deadline for submission of the same Wednesday, October 20, 2021. This request is not sought for any improper purpose or other purpose of delay.

DATED this 22nd day of September, 2021.

| Submitted by: | Approved as to form and content: |
|---|---|
| COOK & KELESIS, LTD. | CHRISTENSEN JAMES & MARTIN, CHTD. |
| By: */s/ Marc P. Cook*<br>MARC P. COOK, ESQ.<br>Nevada Bar No. 004574<br>517 S. Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Super Structures Inc., dba Super Structures, et al.* | By: */s/ Wesley J. Smith*<br>WESLEY J. SMITH, ESQ.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiffs Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.* |

**IT IS SO ORDERED.**

Dated this  27  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT