AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS, | JUDGMENT For ATTORNEY FEES IN A CIVIL CASE |
| Plaintiffs, | |
| v. | Case Number: 2:18-cv-01364-GMN-EJY |
| SUPER STRUCTURES INC., et al., | |
| Defendants. | |

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards attorney's fees in the amount of $122,762.00, audit fees in the amount of $3,055.00, and costs in the amount of $7,905.87 against Defendants

9/28/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk